In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-409 CV


____________________



IN RE KIM WHITTENBURG






Original Proceeding






 MEMORANDUM OPINION 


 The relator filed a petition for writ of mandamus to compel the trial court to vacate
a contempt order and dismiss the motion for enforcement. The real part in interest, Jerry
Lee Whittenburg, subsequently supplied the Court with a copy of a Rule 11 agreement
filed in the trial court and suggested that the issues raised in the petition for writ of
mandamus have been mooted by the Rule 11 agreement and by subsequent developments
in the trial court. The relator did not object to the suggestion of mootness. The trial court
vacated the contempt provisions of the order of enforcement and the parties agreed to
temporary provisions regarding access by the parties to the child. The petition for writ of
mandamus is denied without reference to the merits of the issues presented in the petition.

 WRIT DENIED.

 PER CURIAM

Opinion Delivered January 5, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.